UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMANUEL QUENTIN WYLIE,

        Plaintiff,                                       Case Number 19-12089

v.                                                  Honorable David M. Lawson
                                                      Magistrate Judge Elizabeth A. Stafford

FANNIE MAE,

        Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE

      Presently before the Court is the report issued on September 3, 2020 by Magistrate Judge Elizabeth A. Stafford pursuant to 28 U.S.C. § 636(b), recommending that the Court dismiss the complaint without prejudice for failure to prosecute the case. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

      Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation (ECF No. 11) is **ADOPTED**.

It is further **ORDERED** that the complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
Dated: September 17, 2020                  United States District Judge