UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMANNUEL QUENTIN WYLIE,

          Plaintiff,          Case Number 19-12089
v.          Honorable David M. Lawson

FANNIE MAE,

          Defendant.
_____/

## ORDER STRIKING IMPROPER FILINGS

On September 17, 2020, the Court entered a final judgment in this case dismissing the plaintiff's complaint without prejudice. *See* ECF No. 29. The entry of final judgment closed the case. The plaintiff, however, has continued to file documents on the Court's docket, including sixteen "summons and quo warranto" documents purporting to condemn property. The plaintiff's post-judgment filings are improper, have no legal validity, and will be struck from the docket.

The Court has an inherent power to act against litigation that causes "vexation, harassment and needless expense to [other parties]" and imposes "an unnecessary burden on the courts and their supporting personnel." *Kersh v. Borden Chem., a Div. of Borden, Inc.*, 689 F. Supp. 1442, 1450 (E.D. Mich. 1988) (quoting *In re Martin-Trigona*, 737 F.2d 1254, 1262 (2d Cir. 1984)). The Court finds that the plaintiff is engaging in a pattern of repetitive and frivolous filings that are vexatious to the Court, the defendant, and to third parties. The plaintiff therefore is barred from filing any other documents in this case without first obtaining leave of Court. *See Filipas v. Lemons*, 835 F.2d 1145, 1146 (6th Cir. 1987); *Ortman v. Thomas*, 99 F.3d 807, 811 (6th Cir. 1996); *Feathers v. Chevron U.S.A., Inc.*, 141 F.3d 264, 269 (6th Cir. 1998).

Accordingly, it is **ORDERED** that the post-judgment "summons and quo warranto" documents filed by the plaintiff (ECF Nos. 35-49, 51) are **STRICKEN**.

- 2 -

It is further **ORDERED** that the plaintiff is barred from filing further documents in this case without first obtaining leave of Court.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   October 6, 2022